United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENTHOL LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-416 |
| | § | |
| VERTEX ENERGY OPERATING, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Before the Court is Defendant's Unopposed Motion for Leave to File under Seal Motion to Dismiss and Exhibits. After considering Defendant's Motion, the Court determines the motion should be **GRANTED.**

Defendant's Motion to Dismiss and Exhibits 1, 2, 5, 6, 7, 8, and 9 are hereby **filed under seal.**

SIGNED this 9th day of March, 2021

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE