UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENTHOL LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-416 |
| | § | |
| VERTEX ENERGY OPERATING, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Penthol LLC moves this Court for an order withdrawing Caitlin Gernert as attorney of record in this case, as she is no longer with the law firm of Thompson & Knight LLP. Attorneys from Thompson & Knight LLP have appeared on behalf of Plaintiff and will continue to undertake its representation in this matter.

No prejudice will occur to Defendant Vertex Energy Operating, LLC as Penthol LLC remains represented by other counsel of record at Thompson & Knight LLP. Further, Defendant does not oppose this Motion.

Therefore, Plaintiff respectfully requests that this Court grant this motion and permit Ms. Gernert to withdraw as counsel for Plaintiff in this matter.

Dated:  April 20, 2021

Respectfully submitted,

By: /s/   Dina W. McKenney
William M. Katz, Jr.
Attorney-in-Charge
Texas Bar No. 00791003
S.D. Tex. Bar No. 21581
william.katz@tklaw.com
Dina W. McKenney
Texas Bar No. 24092809
S.D. Tex. Bar No. 3501700
dina.mckenney@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

J. Michael Bell
Texas Bar No. 02079200
S.D. Tex. Bar No. 5574
michael.bell@tklaw.com

THOMPSON & KNIGHT LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

**ATTORNEYS FOR PLAINTIFF
PENTHOL LLC**

### CERTIFICATE OF CONFERENCE

On April 20, 2021, I conferred with counsel for Defendant regarding the relief requested herein.  Defendant stated that it is unopposed.

/s/ *Dina W. McKenney*
Dina W. McKenney