UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENTHOL LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-416 |
| VERTEX ENERGY OPERATING, LLC, | § § § | |
| *Defendant.* | § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Having considered Plaintiff Penthol LLC's unopposed motion to allow Caitlin Gernert to withdraw as counsel, it is hereby ORDERED that the Motion is GRANTED.

It is therefore ORDERED that Ms. Gernert is withdrawn as counsel for Plaintiff and is relieved of any further obligations as counsel of record for Plaintiff in this case.

_____     _____
Date                                                              United States District Judge

523627.000005 25466706.1