# Holland & Knight

One Arts Plaza 1722 Routh Street, Suite 1500 | Dallas, TX 75201 | T 214.969.1700 | F 214.969.1751
Holland & Knight LLP | www.hklaw.com

William M. Katz, Jr.
+1 214-969-1330
William.Katz@hklaw.com

April 14, 2022

*Via E-mail*

Honorable Andrew S. Hanen
United States District Judge for the Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Street, Room 9110
Houston, Texas 77002

  Re: *Penthol LLC v. Vertex Energy Operating, LLC*; Cause No. 4:21-CV-00416, in the Southern District of Texas, Houston Division

Dear Judge Hanen:

  On behalf of Penthol LLC, I write to notify the Court that the parties have agreed to extend the Plaintiff's expert report deadline from April 18, 2022 to May 27, 2022 and the Defendant's expert report deadline from May 18, 2022 to June 27, 2022. The parties further agreed to extend the discovery cut off from June 17, 2022 to August 15, 2022. Thank you.

              Very truly yours,

              William M. Katz, Jr.

cc: All Counsel of Record

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach