United States District Court
Southern District of Texas
**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENTHOL, LLC<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>VERTEX ENERGY OPERATING, LLC<br><br>*Defendant/Counter-Plaintiff.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:21-cv-416<br>§<br>§<br>§<br>§<br>§ |

## REVISED FINAL JUDGMENT

Upon considering the Parties' post-judgment briefing, the Court issues this **REVISED FINAL JUDGMENT** in the above styled case. Any alterations to the Court's Findings of Fact and Conclusions of Law are set out in an accompanying Order. For the reasons set forth in the Court's Order,

> Penthol, LLC shall take nothing.
>
> Vertex Energy Operating, LLC is hereby awarded $1,154,127.00 in damages against Penthol, LLC.
>
> Each party must bear its own fees and costs. Post-judgment interest on this amount shall accrue from this date until paid at 5.12 % percent per annum.

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed at Houston, Texas, this 25th day of June, 2024.

Andrew S. Hanen
United States District Judge