UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENTHOL LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-416 |
| | § | |
| VERTEX ENERGY OPERATING, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Penthol LLC and Vertex Energy

Operating, LLC (collectively, the "Parties" and each individually a "Party") hereby stipulate that

this action—and all claims, counterclaims, third-party claims, and defenses asserted in it—be

dismissed with prejudice, with each Party bearing its own attorneys' fees, costs, and expenses.

Date: May 27, 2026

Jointly submitted,

**GREENBERG TRAURIG, LLP**

By:     */s/ Dina W. McKenney*
        William M. Katz, Jr.
        Attorney-in-Charge
        Texas Bar No. 00791003
        S.D. Tex. Bar No. 21581
        Bill.Katz@gtlaw.com

        2200 Ross Avenue, Suite 5200
        Dallas, TX 75201
        214-665-3600 (Telephone)
        214-665-3601 (Facsimile)

**HOLLAND & KNIGHT LLP**

        Dina W. McKenney
        Texas Bar No. 24092809
        S.D. Tex. Bar No. 3501700
        Dina.McKenney@hklaw.com

Jordan T. Koenig
Texas Bar No. 24121702
S.D. Tex. Bar No. 6881418
Jordan.Koenig@hklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1700 (Telephone)
214-969-1751 (Facsimile)

**ATTORNEYS FOR PENTHOL LLC**

**AHMAD, ZAVITSANOS & MENSING, PLLC**

*/s/ Jordan Warshauer*
Todd W. Mensing
Texas Bar No. 24013156
Jordan Warshauer
Texas Bar No. 24086613
DJ Ringquist
Texas Bar No. 24110280
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062
tmensing@azalaw.com
jwarshauer@azalaw.com
dringquist@azalaw.com

**ATTORNEYS FOR VERTEX ENERGY OPERATING, LLC**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record on May 27, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Dina W. McKenney*
Dina W. McKenney

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – PAGE 2**